**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 19-1958**

―――――――――――

In re: MARLON CORTEZ ROSS,

        Petitioner.

―――――――――――

On Petition for Writ of Mandamus.  (1:15-cr-00271-WO-1)

―――――――――――

Submitted: February 18, 2020           Decided: February 20, 2020

―――――――――――

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Marlon Cortez Ross, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Cortez Ross petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court issued an opinion denying and dismissing Ross' motion on October 22, 2019. Accordingly, because the district court has decided Ross' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*